**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| VINCE MUELLER, | : | Case No. 3:15-cv-295 |
| | : | |
| Plaintiff, | : | Judge Thomas M. Rose |
| | : | |
| v. | : | |
| | : | |
| NANCY A. BERRYHILL, | : | |
| Acting Commissioner of the Social | : | |
| Security Administration, | : | |
| | : | |
| Defendant. | : | |

_____

**ENTRY AND ORDER GRANTING UNOPPOSED MOTION FOR
ALLOWANCE OF ATTORNEY FEES (DOC. 13)**
_____

This case is before the Court upon Plaintiff Vince Mueller's Motion for Allowance of Attorney Fees (Doc. 13) under 42 U.S.C. § 406(b)(1). The Commissioner does not oppose the reasonableness of the requested fee and has not objected to Plaintiff's Motion for Allowance of Attorney Fees. The time for filing any such objection has now expired.

**WHEREFORE**, the Court hereby **GRANTS** Plaintiff's Motion for Allowance of Attorney Fees (Doc. 13) and **ORDERS** that the Commissioner shall pay attorney fees to Plaintiff's counsel in the requested amount of $8,430.51.

**DONE** and **ORDERED** in Dayton, Ohio, this Wednesday, March 22, 2017.

s/Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE